# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| COMMUNITY MEDICAL CENTER HEALTHCARE SYSTEM, on behalf of itself and all others similarly situated, | Court File No. 09-cv-01586-JNE/JJG |
| Plaintiff | |
| v. | |
| OVATION PHARMACEUTICALS, INC. and LUNDBECK, INC., | |
| Defendants | |
| CONNECTICUT CHILDREN'S MEDICAL CENTER, on behalf of itself and all others similarly situated, | Court File No. 09-cv-01652-JNE/JJG |
| Plaintiff, | |
| v. | |
| LUNDBECK, INC., and OVATION PHARMACEUTICALS, INC. | |
| Defendants. | |

[Additional caption below]

## PLAINTIFFS' JOINT MOTION FOR ACCESS TO SUMMARY JUDGMENT PAPERS FILED UNDER SEAL IN RELATED CASE

| | |
|---|---|
| ST. BARNABAS HOSPITAL, INC., on behalf of itself and all others similarly situated,<br>                  Plaintiff,<br><br>v.<br><br>LUNDBECK, INC. and OVATION PHARMACEUTICALS, INC.,<br><br>                  Defendants | Court File No. 09-cv-01375-JNE/JJG |

Pursuant to the Court's July 13, 2009 Order [ECF No. 23], in *St. Barnabas Hospital, Inc. v. Lundbeck, Inc.*, Civ. No. 09-1375-JNE/JJG, Plaintiffs St. Barnabas Hospital, Inc., Community Medical Center Healthcare System and Connecticut Children's Medical Center, respectfully requests that the Court grant this joint motion to access the sealed summary judgment papers filed in *Federal Trade Commission v. Lundbeck, Inc.*, 08-cv-06379 and *State of Minnesota v. Ovation Pharmaceuticals, Inc.*, 08-cv-06381 (collectively the "*FTC action*").

In support of this Motion, Plaintiffs submit herewith a Joint Memorandum of Law and Proposed Order.

Dated: July 14, 2009

Respectfully Submitted,

s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
(dgustafson@gustafsongluek.com)
Karla M. Gluek (#238399)
(kgluek@gustafsongluek.com)
Jason S. Kilene (#24773X)
(jkilene@gustafsongluek.com)

2

**GUSTAFSON GLUEK, PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Simon B. Paris
Patrick Howard
**SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market St.
Philadelphia, PA 19103

Allen Black
Donald L. Perelman
Jeffrey Istvan
Paul Costa
**FINE, KAPLAN AND BLACK, P.C.**
1835 Market Street, 28th Floor
Philadelphia, PA  19103

Jeffrey B. Gittleman
**BARRACK, RODOS & BACINE**
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103

Joseph Goldberg
**FREEDMAN BOYD HOLLANDER GOLDBERG & IVES, P.A.**
20 First Plaza # 700
Albuquerque, NM 87102
Anthony Shapiro
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101

3

Michael P. Perry, Esq.
Joseph T. Healey, Esq
**O'MALLEY, HARRIS, DURKIN & PERRY, P.C.**
345 Wyoming Ave.
Scranton, PA 18503

*Attorneys for Plaintiff Community Medical Center Healthcare System and the Proposed Direct Purchasers Class*

Dated: July 14, 2009

Respectfully Submitted,

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
(dgustafson@gustafsongluek.com)
Karla M. Gluek (#238399)
(kgluek@gustafsongluek.com)
Jason S. Kilene (#24773X)
(jkilene@gustafsongluek.com)
**GUSTAFSON GLUEK PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

Eric L. Cramer
David F. Sorensen
Daniel C. Simons
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

David A. Balto
**LAW OFFICE OF DAVID BALTO**
1350 I Street, NW
Washington, DC 20005
Tel: (202) 789-5424
Fax: (202) 589-1819

Linda P. Nussbaum
John Daniel Radice
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Joseph R. Saveri
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

Kendall S. Zylstra
**FARUQI & FARUQI, LLP**
2600 Philmont Avenue - Suite 324
Huntingdon Valley, PA 19006
Tel: (215) 914-2460
Fax: (215) 914-2462

Joshua P. Davis
**LAW OFFICES OF JOSHUA P. DAVIS**
437A Valley Street
San Francisco, CA 94131
Tel: (415) 422-6223

*Counsel for Plaintiff Connecticut Children's Medical Center and Proposed Direct Purchasers Class*

Dated: July 14, 2009                          Respectfully Submitted,

s/ Patricia A. Bloodgood
Carolyn G. Anderson, No. 275712
Brian C. Gudmundson, No. 336695
Patricia A. Bloodgood, No. 157673
**ZIMMERMAN REED, P.L.L.P.**
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402
Tel.: (612) 341-0400
Fax.: (612) 341-0844
Email:  Carolyn.Anderson@zimmreed.com
Email:  Brian.Gudmundson@zimmreed.com
Email:  Patricia.Bloodgood@zimmreed.com

Marc I. Gross, Esq.
Michael M. Buchman, Esq.
**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
100 Park Avenue, 26th Floor
New York, NY  10117
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  migross@pomlaw.com
Email:  mbuchman@pomlaw.com

Robert A. Wild
Frederick I. Miller
**GARFUNKEL, WILD & TRAVIS, P.C.**
111 Great Neck Road, Suite 503
Great Neck, NY  11021
Telephone: (516) 393-2200
Facsimile:  (516) 466-5964

*__Attorneys for Plaintiff St. Barnabas Hospital, Inc. and Proposed Direct Purchasers Class__*

6